154 So.2d 768

**Leonard OXNER et al.**

**v.**

**Raymond REEVES et al.**

No. 46818.

June 28, 1963.

In re: Leonard Oxner et al. applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Rapides. 153 So.2d 565.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

154 So.2d 768

**Thomas H. SISCO**

**v.**

**LIBERTY MUTUAL INSURANCE COMPANY.**

No. 46817.

June 28, 1963.

In re: Thomas H. Sisco applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 153 So.2d 216.

Writ refused. In view of the factual findings of the Court of Appeal, it does not appear that it erred in denying recovery of statutory penalties and attorney fees.